# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 19-41787-659 |
| KATHY ANN HARRIS ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 1 filed by |
| ) |    FIRST COMMUNITY CREDIT UNION |
| ) |    Acct: |
| ) |    Amount: $12,319.00 |
| **Debtor** ) |    Response Due: May 21, 2019 |
| ) | |

## TRUSTEE'S OBJECTION TO CLAIM 1

**THIS OBJECTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE OBJECTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE OBJECTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE OBJECTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE OF WHICH WILL BE SENT TO YOU IF YOU FILE A RESPONSE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE OBJECTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

   COMES NOW Diana S. Daugherty, Standing Chapter 13 Trustee in Bankruptcy, and for her objection to claim states as follows:

   The claim of FIRST COMMUNITY CREDIT UNION dated March 28, 2019, should be denied as filed because the Clerk's docket entry indicates that a claim #1 was filed but the entry is not accompanied by a Proof of Claim form. The Trustee requests determination that no claim #1 has been filed.

   WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

| | |
|---|---|
| Dated: April 30, 2019 | /s/ Diana S. Daugherty |
| | Diana S. Daugherty |
| OBJCLM--AC | Standing Chapter 13 Trustee |
| | P.O. Box 430908 |
| | St. Louis, MO 63143 |
| | (314) 781-8100  Fax: (314) 781-8881 |
| | trust33@ch13stl.com |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on April 30, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on April 30, 2019.

KATHY ANN HARRIS  
326 MCCULLOUGH AVE  
SAINT LOUIS, MO  63122

FIRST COMMUNITY CREDIT UNION  
17151 CHESTERFIELD AIRPORT RD  
CHESTERFIELD, MO  63005

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served on the following Insured Depository Institution pursuant to Fed. R. Bankr. P. 7004(h), or on the United States, or any of its officers or agencies pursuant to Fed. R. Bankr. P. 7004(b)(4) or (5), on April 30, 2019 by certified mail addressed to the following persons:

FIRST COMMUNITY CREDIT UNION  
17151 CHESTERFIELD AIRPORT RD  
C/O GLENN BARKS CEO  
CHESTERFIELD, MO  63005

/s/ Diana S. Daugherty  
Diana S. Daugherty, Chapter 13 Trustee